IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VALORI L. ZASLOW, ET AL. : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 15-1272 |
| WILLIAM T. COLEMAN, III, ET AL. : | |

**ORDER**

**AND NOW**, this **5th** day of **May**, **2015**, upon consideration of the Plaintiffs' Motion for Temporary Restraining Order (ECF No. 2), and all papers and exhibits submitted in support thereof and in opposition thereto, it is **ORDERED** as follows:

1. Plaintiffs' Motion for Temporary Restraining Order (ECF No. 2) is **DENIED**.

2. Plaintiffs' claims under the Copyright Act, 17 U.S.C. § 101 *et seq.*, and the Lanham Act, 15 U.S.C. § 1051 *et seq.*, plead at Counts I and II of the Complaint, are **DISMISSED** with prejudice.

3. Plaintiffs' remaining state law claims, plead at Counts III through IX of the Complaint, are **DISMISSED** without prejudice.

4. Defendants' Motion to Consolidate (ECF No. 12) and Defendants' Motion to Dismiss (ECF Nos. 15 and 17) are **DENIED** as moot.

The Clerk of Courts shall mark this action closed.

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**